IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CITYLINE PARTNERSHIP, L.L.C., <br> d/b/a SOUTHSIDE PAWN, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES <br> DEPARTMENT OF JUSTICE <br> BUREAU OF ALCOHOL, TOBACCO, <br> FIREARMS AND EXPLOSIVES, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No: 4:23-cv-00493 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **WITHDRAWAL OF PETITIONER'S REQUEST FOR A STAY OF THE ORDER REVOKING PETITIONER'S FEDERAL FIREARMS LICENSE PENDING DISPOSITION ON THE MERTIS**

COMES NOW Cityline Partnership, L.L.C., d/b/a Southside Pawn, (Cityline) by and through its counsel, Larry H. Ferrell, Johnson Schneider and Ferrell, L.L.C., and hereby withdraws its previously filed Motion for Stay of Revocation.

1. On May 19, 2023, Petitioner filed a Motion to Stay ATF's Order revoking Petitioner's federal firearms license until this Court rules upon the validity of such revocation.

2. Petitioner and Respondent have reached an agreement, the terms of which make it unnecessary for Petitioner's to pursue the previously filed motion for stay.

3. All of the pleadings and/or issues in this litigation remain unaffected.

WHEREFORE Petitioner Cityline Partnership, L.L.C., d/b/a Southside Pawn withdraws its previously filed Motion to Stay pending adjudication of the Petition for Review.

JOHNSON, SCHNEIDER & FERRELL, L.L.C.


/s/ Larry H. Ferrell
LARRY H. FERRELL #28874

LARRY H FERRELL
JOHNSON, SCHNEIDER & FERRELL, L.L.C.
212 North Main Street
Cape Girardeau, MO 63701
Telephone: (573)335-3300
Facsimile: (573)335-1978
Email: LarryF@Johnsonschneider.com


## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2023, I filed the foregoing pleading electronically through the CM/ECF system which caused the following parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing:

Abbey A. Fritz
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, 20th Floor
St. Louis, MO 63102
Email: abbey.fritz@usdoj.gov


/s/ Larry H. Ferrell
Larry H. Ferrell

4