IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CITYLINE PARTNERSHIP, L.L.C., d/b/a SOUTHSIDE PAWN, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, <br><br> Respondent. | Case No.: 4:23-cv-00493-SEP |

**<u>PARTIES JOINT<br>PROPOSED SCHEDULING PLAN</u>**

Pursuant to Rule 16, Fed.R.Civ.P., an initial meeting of the parties was held and the Parties Agree to the Scheduling and Discovery Order to be adopted by this Court on or before the Rule 16 Conference scheduled for September 14, 2023, at 3:30 p.m.

**SCHEDULING AND DISCOVERY PLANS HAVE BEEN DISCUSSED AND AGREED TO AS FOLLOWS:**

1. The Assignment of Track 2 is appropriate.

2. Any joinder of additional parties and any amendment of pleadings shall occur no later than October 14, 2023, unless ordered otherwise by the Court.

3. A discovery plan was discussed and agreed upon as follows:

   (a) The parties will disclose information and exchange documents pursuant to Rule 26(a)(1), Fed.R.Civ.P., by no later than October 5,

        2023.

(b)    Discovery shall not be conducted in phases and at this time, should not be limited to certain issues.

(c)    Each party shall disclose its expert witnesses' identities and reports, and dates by which each party shall make its expert witnesses available for deposition, by no later than January 8, 2024, for Plaintiff, and February 12, 2024, Respondent.

(d)    The presumptive limits of ten (10) depositions per side as set forth in Rule 30(a)(2)(A), Fed.R.Civ.P., and twenty-five (25) interrogatories per party as set forth in Rule 33(a), Fed.R.Civ.P., should apply in this case.  Each party would like to reserve its right to request leave from the Court to take more depositions or serve additional interrogatories if need be.

(e)    None of the parties are aware of any need for physical or mental examination of parties to be taken pursuant to Rule 35, Fed.R.Civ.P.

(f)    All discovery shall be completed by no later than March 12, 2024.

(g)    The parties are not aware of any other matters regarding discovery that need addressed at this time.

4.    All dispositive pleadings shall be filed no later than May 11, 2024.

5.    The earliest this case should reasonably be expected to be ready for trial is October of 2024 or after.

6. At least two days should be set aside for trial on this matter.

7. There are no other matters at this time that need to be included in this Joint Scheduling Plan.

DATED: August 31, 2023

Respectfully Submitted,

JOHNSON, SCHNEIDER & FERRELL, L.L.C.


/*s*/ Larry H. Ferrell
LARRY H. FERRELL #28874
JOHNSON, SCHNEIDER & FERRELL, L.L.C.
212 North Main Street
Cape Girardeau, MO 63701
Telephone: 573-335-3300
Facsimile: 573-335-1978
Email: LarryF@Johnsonschneider.com
Attorney for Defendant

Sayler A. Fleming
United States Attorney


/*s*/ Abbey A. Fritz
Abbey A. Fritz  #68510
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, 20th Floor
St. Louis, MO 63102
Telephone: 314-539-6856
Facsimile: 314-539-2287
Email: abbey.fritz@usdoj.gov
Attorney for United States of America