UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CITYLINE PARTNERSHIP, L.L.C., ) <br> d/b/a SOUTHSIDE PAWN, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> UNITED STATES DEPARTMENT ) <br> OF JUSTICE BUREAU OF ALCOHOL ) <br> TOBACCO, FIREARMS AND EXPLOSIVES, ) <br> ) <br> Defendant. ) | Case No.   4:23-cv-00493-SEP |

**JOINT MOTION FOR STATUS CONFERENCE
AND MOTION TO STAY**

COME NOW Defendant United States of America, and Plaintiff Cityline Partnership, L.L.C., d/b/a Southside Pawn ("the Parties"), by and through their respective undersigned counsel, respectfully request this Court hold a status conference and move to stay the proceedings. In support of this motion, the Parties hereby states as follows:

1. On January 26, 2024, the Parties filed a Joint Motion to Extend Time for Notification of Agreed Choice of Neutral indicating that the Parties have been engaged in extensive negotiations in an effort to settle this matter. Doc. 24.

2. The Court granted the Parties an extension to designate a neutral until February 19, 2024.[1] Doc. 25; *see also*, Doc. 26.

3. The Parties have reached an understanding on the general terms of a settlement, however there are certain actions which the parties must complete as conditions precedent to finalizing the agreement. Certain of these conditions will take a substantial amount of time to complete.

---

[1] Notably, since February 19 was Washington's Birthday, a Court Holiday, the Parties believed the deadline was the next business day, February 20.

4.      Given the nature of this understanding and the approximate timeframe it will take

to complete the necessary steps towards a final settlement agreement, the Parties respectfully

request a status conference with the Court to discuss in more detail the nature of this agreement

which will provide further support for the Parties request for a formal stay of the proceeding until

such steps can be completed.

WHEREFORE, the Parties prays that this Honorable Court grant their Motion for Status

Conference at its earliest convenience, and for any further relief this Court deems just and proper.


Respectfully submitted,

Sayler A. Fleming
United States Attorney

 /s/ Abbey A. Fritz
Abbey A. Fritz   #68510MO
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-6856
(314) 539-2287 (Fax)
abbey.fritz@usdoj.gov

*Attorneys for the United States of America*


Johnson, Schneider & Ferrell, L.L.C.

*/s/ Larry H. Ferrell (with consent)*
Johnson, Schneider & Ferrell, L.L.C.
212 North Main Street
Cape Girardeau, MO 63701
Telephone: (573)335-3300
Facsimile: (573)335-1978
Email: LarryyF@Johnsonschneider.com

*Attorney for Plaintiff*