IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| CITYLINE PARTNERSHIP, L.L.C.,<br>d/b/a SOUTHSIDE PAWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 4:23-cv-00493 SEP |
| | ) | |
| UNITED STATES | ) | |
| DEPARTMENT OF JUSTICE | ) | |
| BUREAU OF ALCOHOL, TOBACCO, | ) | |
| FIREARMS AND EXPLOSIVES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**JOINT STATUS REPORT**

COMES NOW Defendant United States of America, and Plaintiff Cityline Partnership,

L.L.C., d/b/a Southside Pawn ("the Parties"), by and through their respective undersigned counsel,

for their Joint Status Report, the Parties hereby state as follows:

1.      On May 28, 2024, the Parties provided a Joint Status Report on this matter at which

time the Parties informed the Court that they have come to a working understanding regarding certain

steps to be undertaken in an effort to reach a formal settlement agreement.

2.      The first step towards this goal was the submission of an application for a new Federal

Firearms License ("FFL"). The application was mailed to ATF on or about April 19 with an

approximate receipt date of April 15.

3.      Since that time, the Parties have continuously been working together to gather the

information necessary for ATF's review of the FFL application including, but not limited to, additional

documentation and a site inspection. This process is moving forward but remains ongoing.

4.      The Parties remain in agreement regarding the steps being undertaken towards a final

settlement agreement.

5.    At this point it appears that in the application process every step has been completed with the exception of the signing of one last document, which has been negotiated by the Parties.

6.    The Parties understood this process would not yield immediate results but should not take more than an additional thirty (30) days before ATF can issue a decision on the now pending FFL application.

WHEREFORE, the Parties pray that this Honorable Court continue to stay this case and reset this matter for status in sixty (60) days.


Johnson, Schneider & Ferrell, L.L.C.              Sayler A. Fleming
                                                  United States Attorney


/s/ Larry H. Ferrell  *(with consent)*            /s/ Abbey A. Fritz
LARRY H. FERRELL #28874                           ABBEY A. FRITZ #68510
Johnson, Schneider & Ferrell, L.L.C.              Assistant United States Attorney
212 North Main Street                             Thomas F. Eagleton Courthouse
Cape Girardeau, MO 63701                          111 South 10th St., 20th Floor
Telephone: (573)335-3300                          St. Louis, MO 63102
Facsimile: (573)335-1978                          Telephone: 314-539-6856
Email: LarryF@johnsonschneider.com                Facsimile: 314-539-2287
                                                  Email: abbey.fritz@usdoj.gov