UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CITYLINE PARTNERSHIP, L.L.C., )<br>d/b/a SOUTHSIDE PAWN, )<br>)<br>      Plaintiff, )<br>)<br>  vs. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF JUSTICE BUREAU OF ALCOHOL )<br>TOBACCO, FIREARMS AND EXPLOSIVES, )<br>)<br>      Defendant. ) | Case No.  4:23-cv-00493-SEP |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Cityline Partnership, L.L.C., d/b/a Southside Pawn, and Defendant United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, by and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby enter this Stipulation of Dismissal to dismiss this lawsuit with prejudice with each party to bear their own costs.

Respectfully submitted,

Johnson, Schneider & Ferrell, L.L.C.

*/s/ Larry H. Ferrell*
Johnson, Schneider & Ferrell, L.L.C.
212 North Main Street
Cape Girardeau, MO 63701
Telephone: (573)335-3300
Facsimile: (573)335-1978
Email: LarryyF@Johnsonschneider.com

*Attorney for Plaintiff*

Sayler A. Fleming
United States Attorney

<u>/s/ Abbey A. Fritz</u>
Abbey A. Fritz   #68510MO
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-6856
(314) 539-2287 (Fax)
abbey.fritz@usdoj.gov

*Attorneys for Defendant*